*Jane Flagler* v. *Shadrach R. Flagler et al, Ex'rs, &c.*— W. J. STREET, for appellant; C. W. SWIFT, for respondents. Decretal order of the surrogate of Dutchess county affirmed, with costs to be paid by appellant.

*Le Grand Marvin* v. *Jonas Ellwood et al.* S. NASH, for appellant Titus; J. RHOADES, for respondent Ellwood. Application for re-taxation of costs of the defendant Ellwood, upon the separate appeal of defendant Titus. The sum of $19,41 directed to be deducted from the taxed bill, and the respondent to have execution for residue only. No costs allowed to either party on this application.

*Casper Bruchhausen* v. *Sophia G. Dillingham,* sometimes called *Sophia G. Bruchhausen.* H. R. MYGATT, for complainant. Decree declaring marriage between the parties void, and annulling the same because of a prior marriage being in force between defendant and another person.

*In the matter of the appeal of Samuel Thompson.* J. ANTHON, for appellant. Order dismissing appeal.